31 A.3d 284

**Earl HOWARD, Petitioner**

**v.**

**BOARD OF PROBATION AND PAROLE, Louis S. Folino, Superintendent, Respondent.**

**No. 38 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 3, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** The Application to Dismiss is **DISMISSED AS MOOT.**